# EXHIBIT A

# LUCAS COUNTY COMMON PLEAS COURT
## CASE DESIGNATION

**TO:** **Bernie Quilter, Clerk of Courts**

**CASE NO.** G-4801-CI-0202401275-000

**JUDGE** Judge Eric Allen Marks

**The following type of case is being filed:**

**Professional Malpractice**
- [ ] Legal Malpractice (L)
- [ ] Medical Malpractice (M)

**Product Liability** (B)
- [ ]

**Other Tort** (C)
- [ ]

**Workers' Compensation**
State Funded (D)
- [ ]
Self Insured (K)
- [ ]

**Administrative Appeal** (F)
- [ ]

**Commercial Docket**
- [ ]

By submitting the complaint, with the signature of the Attorney, the Attorney affirms that the name of person with settlement authority and his/her direct phone number will be provided upon request to a party or counsel in this matter

**Other Civil**
- [ ] Consumer Fraud (N)
- [ ] Forfeiture
- [ ] Appropriation (P)
- [ ] Court Ordered
- [x] Other Civil (H)
- [ ] Certificate of Title
- [ ] Copyright Infringement (W)

This case was previously dismissed pursuant to CIVIL RULE 41 and is to be assigned to Judge _____, the original Judge at the time of dismissal. The previously filed case number was CI_____.

This case is a civil forfeiture case related to a criminal case currently pending on the docket of Judge _____. The pending case number is_____.

This case is a Declaratory Judgment case with a personal injury or related case currently pending. The pending case number is_____, assigned to Judge _____

This case is to be reviewed for consolidation in accordance with Local Rule 5.02 as a companion or related case. This designation sheet will be sent by the Clerk of Courts to the newly assigned Judge for review with the Judge who has the companion or related case with the lowest case number. The Judge who would receive the consolidated case may accept or deny consolidation of the case. Both Judges will sign this designation sheet to indicate the action taken. If the Judge with the lowest case number agrees to accept, the reassignment of the case by the Administration Judge shall be processed. If there is a disagreement between the Judges regarding consolidation, the matter may be referred to the Administrative Judge.

Related/companion case number_____ Assigned Judge_____

_____ _____ _____ _____
Approve/Deny                        Date        Approve/Deny                        Date

**Attorney** David S. Barbee
**Address** Roth, Blair, Roberts, Strasfeld & Lodge
100 E. Federal Street, Suite 600, Youngstown, OH 44503
**Telephone** 330-744-5211

EFILED LUCAS COUNTY
1/29/2024 4:23 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
EFILE ID: 96852

**IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of LEXAMED, LTD.
440 Lincoln Street
Worcester, MA 01653

                                 **Plaintiff,**

    v.

GREE USA, INC.
R/A: Cogency Global Inc.
1325 J Street, Suite 1550
Sacramento, CA 95814

and

MJC AMERICA, LTD.
9645 Telstar Ave., #23C
El Monte, CA 91731

and

GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI
6 West Jinji Road, Qianshan, Zhuhai,
Guangdong, China, 519070

and

HONG KONG GREE ELECTRIC APPLIANCES
SALES CO., LTD.
Unit 2612 Miramar Tower
132 Nathan Road
Tsin Sha Tsui Kowloon, Hong Kong

and

HOME DEPOT U.S.A., INC.
R/A: Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

and

    **:** CASE NO.   G-4801-CI-0202401275-000

    **:**

    **:** **COMPLAINT**   Judge Eric Allen Marks

    **:**

    **:** JURY DEMANDED

THE HOME DEPOT, INC.                                              :
R/A: Corporation Service Company                                 :
251 Little Falls Drive                                           :
Wilmington, DE 19808                                             :
                                                                 :
                                    **Defendants.**              :
                                                                 :
_____:

Plaintiff, Massachusetts Bay Insurance Company as subrogee of LexaMed, Ltd., by and through the undersigned counsel, hereby demands judgment against Defendants, Gree USA, Inc., MJC America, Ltd., Gree Electric Appliances, Inc. of Zhuhai, Hong Kong Gree Electric Appliances Sales Co., Ltd., Home Depot U.S.A., Inc., and The Home Depot, Inc. (collectively "Defendants"), and avers as follows:

## PARTIES

1.      Plaintiff, Massachusetts Bay Insurance Company as subrogee of LexaMed, Ltd., ("Plaintiff" or "MBIC"), is a Massachusetts company with a principal place of business located at 440 Lincoln Street, Worcester, MA 01653 and, at all times relevant hereto, was authorized to issue policies of insurance in the State of Ohio.

2.      At all times relevant hereto, MBIC's subrogor, LexaMed, Ltd. ("LexaMed"), owned property and/or operated a business at 705 Front Street, Toledo, OH 43605 ("the loss location").

3.      At all times relevant hereto, MBIC provided insurance coverage to LexaMed for the property and/or business at the loss location, pursuant to Policy No. ██████ Insurance ██████ the size of the document, a copy of the Policy is not attached.

4.      Defendant, Gree USA, Inc., is a California corporation with a principal place of business located at 4195 Chino Hills Parkway #1026, Chino Hills, CA 91709 and, at all times

-2-

relevant hereto, was engaged in the business of manufacturing, importing, marketing, distributing, and/or selling dehumidifiers.

5.     Defendant, MJC America, Ltd. ("MJC America"), is a California corporation with a principal place of business located at 9645 Telstar Avenue, #23C, El Monte, CA 91731 and, at all times relevant hereto, was engaged in the business of manufacturing, importing, marketing, distributing, and/or selling dehumidifiers.

6.     Defendant, Gree Electric Appliances, Inc. of Zhuhai, is a corporation organized and existing under the laws of China with a principal place of business located at 6 West Jinji Road, Qianshan, Zhuhai, Guangdong, China, 519070 and, at all times relevant hereto, was engaged in the business of manufacturing, marketing, distributing, and/or selling dehumidifiers.

7.     Defendant, Hong Kong Free Electric Appliances Sales Co., Ltd., is a corporation organized and existing under the laws of China with a principal place of business located at Unit 2612 Miramar Tower, 132 Nathan Road, Tsin Sha Tsui Kowloon, Hong Kong and, at all times relevant hereto, was engaged in the business of manufacturing, marketing, distributing, and/or selling dehumidifiers.

8.     Defendant, Home Depot U.S.A., Inc., is a Delaware corporation with a principal place of business located at 2455 Paces Ferry Road, Atlanta, GA 30339 and, at all times relevant hereto, was engaged in the business of marketing, distributing, and/or selling dehumidifiers.

9.     Defendant, The Home Depot, Inc., is a Delaware corporation with a principal place of business located at 2455 Paces Ferry Road, Atlanta, GA 30339 and, at all times relevant hereto, was engaged in the business of marketing, distributing, and/or selling dehumidifiers.

## STATEMENT OF FACTS

10.     On or about May 22, 2022, a fire occurred at the loss location ("the fire").

11.     The fire originated at a dehumidifier at the loss location ("the dehumidifier").

-3-

12.     The fire occurred because the dehumidifier was defective.

13.     The dehumidifier was manufactured, imported, marketed, distributed and/or sold by Defendants.

14.     As a result of the fire, LexaMed sustained property damage, loss of use, and other expenses.

15.     Pursuant to its policy of insurance with LexaMed, MBIC indemnified its insured in the amount of $873,076.53 for property damage, loss of use, and other expenses sustained as a result of the fire.

16.     By virtue of the aforementioned indemnity payments and pursuant to the terms of the LexaMed's insurance policy and common law principles of equitable subrogation, MBIC is subrogated to the extent of all payments made to or on behalf of Lexamed as a result of the fire.

## COUNT ONE – STRICT LIABILITY

17.     Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

18.     Defendants manufactured, imported, distributed, marketed and/or sold the dehumidifier in an unreasonably dangerous and/or defective condition.

19.     LexaMed was the ultimate user of the dehumidifier and a member of the class whom Defendants should have expected to use the dehumidifier.

20.     The dehumidifier was expected to, and did, reach its user/consumer, LexaMed, without a substantial change in the condition in which it was manufactured, imported, distributed, marketed and/or sold by Defendants.

21.     The fire was caused by the acts and/or omissions of Defendants', their agents, employees, servants, representatives and/or workers, acting in the course and scope of their employment, through which Defendants are strictly liable by reasoning of the following:

-4-

a) manufacturing, importing, distributing, marketing and/or selling a defective dehumidifier;

b) manufacturing, importing, distributing, marketing and/or selling a dehumidifier that posed a risk of fire;

c) manufacturing, importing, distributing, marketing and/or selling a product that was unsafe for its intended use;

d) failing to market and/or sell a dehumidifier with proper and/or appropriate safety devices to prevent fire;

e) failing to properly inspect and/or test the dehumidifier to discover it was unreasonably dangerous and/or defective;

f) failing to discover a defect in the dehumidifier;

g) failing to notify LexaMed that the dehumidifier was defective, dangerous and/or posed a risk of fire;

h) manufacturing, importing, distributing, marketing and/or selling a product that was not reasonably fit, suitable or safe for its intended purpose; and/or

i) failing to remove the dehumidifier from the marketplace when Defendants knew or should have known that it was unreasonably dangerous and/or defective.

22. As a direct and proximate result of the aforementioned acts and/or omissions by Defendants, LexaMed sustained damage to its property, loss of use, and incurred other expenses, for which MBIC made payments to/on behalf of its insureds in the amount of $873,076.53.

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages in the amount of $873,076.53, together with interest, delay damages, costs of suit, and any other relief as this Court may deem just and proper.

## COUNT II - BREACH OF IMPLIED WARRANTIES

23. Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

24. Defendants knew or should have known that the dehumidifier would be used by consumers, such as LexaMed.

25. LexaMed had a right to rely upon, and in fact did rely upon, the superior skill and judgment of Defendants in manufacturing, importing, distributing, marketing and/or selling the dehumidifier.

26. Pursuant to ORC Ann. §1302.27, Defendants impliedly warranted that the dehumidifier was merchantable.

27. Pursuant to ORC Ann. §1302.29, Defendants impliedly warranted that the dehumidifier was fit for its particular purpose.

28. Defendants, by and through their agents, employees, servants, representatives and/or workers, acting in the course and scope of their employment, breached the (i.) implied warranty of merchantability and/or (ii.) implied warranty of fitness for a particular purpose to LexaMed through one or more of the following acts and/or omissions:

    a) manufacturing, importing, distributing, marketing and/or selling a defective dehumidifier;

    b) manufacturing, importing, distributing, marketing and/or selling a dehumidifier that posed a risk of fire;

    c) manufacturing, importing, distributing, marketing and/or selling a product that was unsafe for its intended use;

    d) failing to manufacture, import, distribute, market and/or sell a dehumidifier with proper and/or appropriate safety devices to prevent fire;

    e) failing to properly inspect and/or test the dehumidifier to discover it was unreasonably dangerous and/or defective;

    f) failing to discover a defect in the dehumidifier;

    g) failing to notify LexaMed that the dehumidifier was defective, dangerous and/or posed a risk of fire;

> h) manufacturing, importing, distributing, marketing and/or selling a product that was not reasonably fit, suitable or safe for its intended purpose; and/or
>
> i) failing to remove the dehumidifier from the marketplace when Defendants knew or should have known that it was unreasonably dangerous and/or defective.

29. As a direct and proximate result of Defendants' breach of warranties, LexaMed sustained damage to its property, loss of use, and incurred other expenses, for which MBIC made payments to/on behalf of its insureds in the amount of $873,076.53.

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages in the amount of $873,076.53, together with interest, delay damages, costs of suit, and any other relief as this Court may deem just and proper.

## COUNT III - NEGLIGENCE

30. Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

31. Defendants owed a duty to LexaMed to exercise reasonable care in manufacturing, importing, distributing, marketing and/or selling the dehumidifier and/or to ensure that it was safe for reasonably foreseeable use.

32. Defendants, by and through their agents, employees, servants, representatives and/or workers, acting in the course and scope of their employment, breached its duty of care to LexaMed through one or more of the following acts and/or omissions:

> a) manufacturing, importing, distributing, marketing and/or selling a defective dehumidifier;
>
> b) manufacturing, importing, distributing, marketing and/or selling a dehumidifier that posed a risk of fire;
>
> c) manufacturing, importing, distributing, marketing and/or selling a product that was unsafe for its intended use;

-7-

d) failing to manufacture, import, distribute, market and/or sell a dehumidifier with proper and/or appropriate safety devices to prevent fire;

e) failing to properly inspect and/or test the dehumidifier to discover it was unreasonably dangerous and/or defective;

f) failing to discover a defect in the dehumidifier;

g) failing to notify LexaMed that the dehumidifier was defective, dangerous and/or posed a risk of fire;

h) manufacturing, importing, distributing, marketing and/or selling a product that was not reasonably fit, suitable or safe for its intended purpose; and/or

i) failing to remove the dehumidifier from the marketplace when Defendants knew or should have known that it was unreasonably dangerous and/or defective.

33. The aforementioned acts and/or omissions of Defendants were the direct and proximate cause of the fire and the resulting damages and expenses.

34. As a direct and proximate result of Defendants' breach of duty, LexaMed sustained damage to its property, loss of use, and incurred other related expenses, for which MBIC made payments to/on behalf of its insureds in the amount of $873,076.53

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages in the amount of $873,076.53, together with interest, delay damages, costs of suit, and any other relief as this Court may deem just and proper.

Dated: January 29, 2024                    Respectfully submitted,


By: /s/David S. Barbee
DAVID S. BARBEE (#0037248)
Roth Blair Roberts Strasfeld & Lodge
100 East Federal Street, Suite 600
Youngstown, OH 44503
P: (330) 744-5211
F: (330) 744-3184
dbarbee@roth-blair.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

/s/David S. Barbee
DAVID S. BARBEE (#0037248)
*Attorney for Plaintiff*

## REQUEST FOR SERVICE

INSTRUCTIONS TO THE CLERK:

You are hereby requested to serve copies of the Summons and Complaint upon Defendants, Gree USA, Inc.; MJC America, Ltd.; Home Depot U.S.A., Inc.; and The Home Depot, Inc. at the above addresses listed in the caption, by Certified Mail, Return Receipt Requested. At this time, you are requested to *not* copies of the Summons and Complaint upon Defendants, Gree Electric Appliances, Inc. of Zhuahai; and Hong Kong Gree Electric Appliances Sales, Co., Ltd. Notice and Request for Waiver pursuant to Civ. R. 4.7 will be undertaken by the undersigned counsel.

/s/David S. Barbee
DAVID S. BARBEE (#0037248)
*Attorney for Plaintiff*

-9-

# LUCAS COUNTY COMMON PLEAS COURT
## CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
# SUMMONS
# CIVIL ACTION
### FILING TYPE:                    OTHER CIVIL

HOME DEPOT USA INC
R/A: CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

G-4801-CI-0202401275-000
JUDGE: ERIC ALLEN MARKS

    You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

    You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

    You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

    If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

**PLAINTIFF (S)**

MASSACHUSETTS BAY INSURANCE
COMPANY
AS SUBROGEE OF LEXAMED LTD
440 LINCOLN STREET
WORCESTER, MA 01653

**ATTORNEY FOR PLAINTIFF(S)**

DAVID S BARBEE
100 EAST FEDERAL STREET STE 600
YOUNGSTOWN OH 44503

BERNIE QUILTER
CLERK OF COURTS

Date: January 30, 2024

_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

⬜ I request to be notified by <u>email</u>

My email address _____

**Send email to**: PHamer@co.lucas.oh.us
Subject:     G-4801-CI-0202401275-000
             HOME DEPOT USA INC
Message:    Your email address

**OR**

⬜ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address   _____
_____
_____

**Return this Form with your address to**:
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202401275-000   HOME DEPOT USA INC  Generated: January 30, 2024

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
### FILING TYPE:             OTHER CIVIL

MJC AMERICA LTD
9645 TELSTAR AVENUE #23C
EL MONTE, CA 91731

G-4801-CI-0202401275-000
JUDGE: ERIC ALLEN MARKS

     You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

     You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

     You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

     If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

---

PLAINTIFF (S)

MASSACHUSETTS BAY INSURANCE
COMPANY
AS SUBROGEE OF LEXAMED LTD
440 LINCOLN STREET
WORCESTER, MA 01653

ATTORNEY FOR PLAINTIFF(S)

DAVID S BARBEE
100 EAST FEDERAL STREET STE 600
YOUNGSTOWN OH 44503

BERNIE QUILTER
CLERK OF COURTS

Date: January 30, 2024

_J. Bernie Quilter_ , Clerk

---



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

⬛ I request to be notified by <u>email</u>

My email address _____

**OR**

⬛ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to**: PHamer@co.lucas.oh.us
Subject:    G-4801-CI-0202401275-000
          MJC AMERICA LTD
Message:    Your email address

**Return this Form with your address to**:
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202401275-000   MJC AMERICA LTD  Generated:  January 30, 2024

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
### FILING TYPE:                                    OTHER CIVIL

GREE USA INC                                     G-4801-CI-0202401275-000
R/A: COGENCY GLOBAL INC                          JUDGE:  ERIC ALLEN MARKS
1325 J STREET SUITE 1550
SACRAMENTO, CA 95814

     You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

     You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

     You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

     If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                                    ATTORNEY FOR PLAINTIFF(S)
MASSACHUSETTS BAY INSURANCE                      DAVID S BARBEE
COMPANY                                          100 EAST FEDERAL STREET STE 600
AS SUBROGEE OF LEXAMED LTD                       YOUNGSTOWN OH 44503
440 LINCOLN STREET
WORCESTER, MA 01653

                                                 BERNIE QUILTER
                                                 CLERK OF COURTS

Date: January 30, 2024

_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

⬛ I request to be notified by <u>email</u>

My email address _____

**OR**

**Send email to**: PHamer@co.lucas.oh.us
Subject:          G-4801-CI-0202401275-000
                  GREE USA INC
Message:          Your email address

⬛ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address   _____
                     _____
                     _____

**Return this Form with your address to**:
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or  Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202401275-000   GREE USA INC  Generated:  January 30, 2024

## LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
### FILING TYPE:                OTHER CIVIL

| | |
|---|---|
| THE HOME DEPOT INC<br>R/A: CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 | G-4801-CI-0202401275-000<br>JUDGE: ERIC ALLEN MARKS |

You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

| PLAINTIFF (S) | ATTORNEY FOR PLAINTIFF(S) |
|---|---|
| MASSACHUSETTS BAY INSURANCE<br>COMPANY<br>AS SUBROGEE OF LEXAMED LTD<br>440 LINCOLN STREET<br>WORCESTER, MA 01653 | DAVID S BARBEE<br>100 EAST FEDERAL STREET STE 600<br>YOUNGSTOWN OH 44503 |

BERNIE QUILTER
CLERK OF COURTS

Date: January 30, 2024

_Bernie Quilter_      , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

⬜    I request to be notified by <u>email</u>

My email address _____

**OR**

⬜    I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address    _____

_____

_____

**Send email to**: PHamer@co.lucas.oh.us
Subject:      G-4801-CI-0202401275-000
            THE HOME DEPOT INC
Message:      Your email address

**Return this Form with your address to:**
Clerk of Court ·
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*



FILED
LUCAS COUNTY

2024 FEB -5 PM 3: 06

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURTS

## IN THE COURT OF COMMON PLEAS, LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY, | * | CASE NO: G-4801-CI-0202401275-000 |
| | * | |
| Plaintiff, | * | |
| | * | JUDGE ERIC ALLEN MARKS |
| v. | * | |
| | * | |
| GREE USA INC, et al., | * | DECISION AND JUDGMENT DEEMING |
| | * | COMPLEX |
| Defendants. | * | |

\* \* \* \* \*

This matter is before the Court on Plaintiff's Complaint filed January 29, 2024. Upon review of the Complaint the Court sua sponte deems this matter complex.

When considering whether to designate the case complex, the Court must consider: (1) the number of parties involved, (2) whether a class action is involved, (3) whether it is a products liability case, (4) whether there are other related cases involving unusual multiplicity or complexity of factual or legal issues, (5) extent of discovery necessary to prepare the ease for trial, (6) number or availability of parties and witnesses for trial, and (7) any endorsement of or objections to the request from an opposing party or counsel for an opposing party. Sup.R. 42(A). Deeming the matter complex would permit the parties an additional year to finish litigating the matter. *Id.*

**E-JOURNALIZED**

**FEB 0 6 2024**

The Court has considered the above listed factors and has determined that deeming this matter complex is appropriate. The Court finds that although there is not a large amount of parties, a number of those parties are overseas and must be served pursuant to international law. As such, in its discretion, the Court hereby deems the matter complex.

Date: 2/2/24

JUDGE ERIC ALLEN MARKS

Distribution:   DAVID S. BARBEE, ESQ. - via email

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE HOME DEPOT INC
G-4801-CI-0202401275-000 D6 #8 CLO*
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

9590 9402 8286 3094 7861 97

2. Article Number (Transfer from service label)

9589 0710 5270 0858 6457 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Andrew Cole

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



**USPS TRACKING #**

9590 9402 8286 3094 7861 97

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HOME DEPOT USA INC
G-4801-CI-020240 275-000 D5 #8 CLO*
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

9590 9402 8286 3094 7862 41

2. Article Number (Transfer from service label)

9589 0710 5270 0858 6457 71

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Andrew Cale

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS TRACKING #

9590 9402 8286 3094 7862 41

## United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TOLEDO AREA
REGIONAL TRANSIT AUTHORITY
G-4801-CI-02024013.74-000 D1 #8 CLO*
1127 WEST CENTRAL AVENUE
TOLEDO, OH 43610



9590 9402 8286 3094 7853 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 0858 6467 23

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☒ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Chris Myers    2-9-24

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**USPS TRACKING #**

9590 9402 8286 3094 7853 29

United States
Postal Service

Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk

FEB 1 2 2024

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

TO:    DAVID S BARBEE
RE:    MASSACHUSETTS BAY INSURANCE COMPANY  VS GREE USA INC
**CASE NO:  G-4801-CI-0202401275-000**
**CASE JUDGE: ERIC ALLEN MARKS**

NAME OF DEFENDANT:  MJC AMERICA LTD
9645 TELSTAR AVENUE #23C
EL MONTE, CA 91731

Rules 4.1(1), 4.1(2), 4.1(3)
Return for failed service or process (See R. 4.6(C)

Lucas County Clerks of Courts Office advises service not completed as requested.  Please be advised as follows and return instructions.
**REASON FOR RETURN:**

> *Return receipt for certified mail shows failure of delivery to defendant.

**POST OFFICE ADVISES:**

> *Other:  ATTEMPTED NOT KNOWN

**PROCESS SERVER/SHERIFF ADVISES:**

**VISIT US ONLINE AT**
**www.co.lucas.oh.us/clerk**
Verify Service using the "Dockets Online" link
Receive court orders via email using the "Attorney EMail Registration Link"

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party. or a Pro Se litigants representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| □ Complete items 1, 2, and 3.<br>□ Print your name and address on the reverse so that we can return the card to you.<br>□ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>MJC AMERICA LTD<br>G-4801-CI-0202401275-000 D2 #8 CLO*<br>9645 TELSTAR AVENUE #23C<br>EL MONTE, CA 91731 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8286 3094 7862 34 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 0858 6457 64 | ☐ Mail Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



FILED

FEB 14 2024

Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk

**J. BERNIE QUILTER**

**Lucas County Clerk of Courts**

LUCAS COUNTY COURTHOUSE

700 ADAMS STREET

TOLEDO, OHIO 43604



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

9589 0710 5270 0858 6457 64

FIRST-CLASS

US POSTAGE ~ PITNEY BOWES

ZIP 43604 $ 009.92°
0000314633 JAN 30 2024

MJC AMERICA LTD
9645 TELSTAR AVENUE #23C
EL MONTE, CA 91731

NIXIE          910   5E 1            7202/09/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 43604563499    2347N041055-00026

G-4801-CI-0202401275-000

EFILED LUCAS COUNTY
2/29/2024 3:25 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
EFILE ID:  101049

## IN THE COURT OF COMMON PLEAS
## LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY as subrogee of LEXAMED, LTD. | : | CASE NO. G-4801-CI-0202401275-000 |
| | : | |
| | : | JUDGE ERIC ALLEN MARKS |
| Plaintiff | : | |
| | : | |
| v. | : | **REQUEST FOR SERVICE** |
| | : | **BY CERTIFIED MAIL** |
| GREE USA, INC., et al. | : | |
| | : | |
| Defendants | : | |

**TO THE CLERK:**

Notice having been received from you that service of process on the Defendant, MJC America, Ltd. has been returned unclaimed on an attempted service by Certified Mail, you are hereby requested to make service of Summons and Complaint by Certified Mail, on the Defendant, MJC America, Ltd., c/o Simon Chu, Statutory Agent, 280 S. Lemon Ave.  #1503, Walnut, CA 91788.

Respectfully submitted,

*/s/David S. Barbee*
DAVID S. BARBEE (#0037248)
Roth, Blair, Roberts, Strasfeld & Lodge
100 East Federal Street, Suite 600
Youngstown, OH 44503
Phone: 330-744-5211
Fax: 330-744-3184
Email:  dbarbee@roth-blair.com
Attorney for Plaintiff

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
### FILING TYPE:               OTHER CIVIL

MJC AMERICA LTD
C/O SIMON CHU STATUTORY AGENT
280 S LEMON AVENUE #1503
WALNUT, CA 91788

G-4801-CI-0202401275-000
JUDGE: ERIC ALLEN MARKS

  You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

  You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

  You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

  If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)

MASSACHUSETTS BAY INSURANCE
COMPANY
AS SUBROGEE OF LEXAMED LTD
440 LINCOLN STREET
WORCESTER, MA 01653

ATTORNEY FOR PLAINTIFF(S)

DAVID S BARBEE
100 EAST FEDERAL ST STE 600
YOUNGSTOWN, OH 44503

BERNIE QUILTER
CLERK OF COURTS

Date: March 01, 2024

_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

⬜ I request to be notified by <u>email</u>

My email address _____

**OR**

⬜ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to**: PHamer@co.lucas.oh.us
Subject:  G-4801-CI-0202401275-000
MJC AMERICA LTD
Message:  Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or  Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*